**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                    Case No. 2:26-cr-20015-MSN

DEANDRE BONNER,

     Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

Pursuant to 28 U.S.C. § 636(b), Chief Magistrate Judge Pham conducted a plea hearing in this matter on July 21, 2026.  After the hearing, Magistrate Judge Claxton filed a Report and Recommendation on Change of Plea (ECF No. 32, "Report"), finding that that Defendant was fully competent and capable of entering an informed plea; the plea was made knowingly and with full understanding of each of the rights waived by Defendant; the plea was made voluntarily and free from any force, threats, or promises; Defendant understood the nature of the charges and penalties provided by law; and the plea had a sufficient basis in fact.  (*Id.* at PageID 50.)  The Report therefore recommended that the Court (1) grant Defendant's request to withdraw his not guilty plea to Count One of the Indictment; (2) accept Defendant's guilty plea to Count One of the Indictment; (3) find that the Defendant's waiver of his right to appeal the sentence to be imposed was knowing and voluntary, pursuant to Paragraph 8 of the Plea Agreement; (4) adjudicate Defendant guilty of violating 18 U.S.C. § 922(g)(1) as charged in Count One; and (5) order that Defendant remain in the custody of the U.S. Marshals pending sentencing or further order of this Court.  (*Id.* at PageID 51.))

The Report provided notice that the parties had 14 days after service of the Report to file specific written objections to the proposed findings and recommendations and that failure to do so may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal.  Neither party has filed objections to the Report, and the period for doing so has expired.

After review, the Court agrees with the Report's findings and recommendations. Accordingly, pursuant to 28 U.S.C. § 636(b), the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (ECF No. 32) and **ORDERS** as follows:

(1)    Defendant's request to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)    Defendant's guilty plea to Count Two of the Indictment is **ACCEPTED**;

(3)    Defendant's waiver of his right to appeal the sentence to be imposed is **FOUND** to be knowing and voluntary, pursuant to Paragraph 8 of the Plea Agreement;

(3)    Defendant is hereby **ADJUDGED** guilty of violating 18 U.S.C. § 922(g)(1) as charged in Count One; and

(4)    Defendant **SHALL REMAIN** in the custody of the U.S. Marshals pending sentencing or further order of this Court.

**IT IS SO ORDERED**, this 11th day of August, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

2